# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Endo Pharmaceuticals Inc.     v.     Teva Pharmaceuticals USA, Inc.

No.     17-1444

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Teva Pharmaceuticals USA, Inc. and Barr Laboratories Inc.

Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

Name: Brigid M. Morris
Law Firm: Goodwin Procter LLP
Address: 620 Eighth Avenue
City, State and Zip: New York, NY 10018
Telephone: 212-813-8800
Fax #: 212-355-3333
E-mail address: bmorris@goodwinprocter.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2017

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes  ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date January 18, 2017     Signature of pro se or counsel /s/ Brigid M. Morris

cc: Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  January 18, 2017
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Brigid M. Morris | /s/ Brigid M. Morris |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Goodwin Procter LLP |
| Address | 620 Eighth Avenue |
| City, State, Zip | New York, NY 10018 |
| Telephone Number | 212-883-8800 |
| Fax Number | 212-355-3333 |
| E-Mail Address | bmorris@goodwinprocter.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields