NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff - Cross-Appellant*

**MALLINCKRODT LLC,**
*Plaintiff - Appellee*

v.

**TEVA PHARMACEUTICALS USA, INC., BARR LABORATORIES, INC.,**
*Defendants - Appellants*

---

17-1444, -1455

---

Appeals from the United States District Court for the District of Delaware in case no. 1:14-cv-01389-RGA, Judge Richard G. Andrews

---

ON MOTION

O R D E R

  Appellants Barr Laboratories, Inc. and Teva Pharmaceuticals USA, Inc. move for a 14-day extension of time to file their principal brief until March 20, 2017.

  Upon consideration thereof,

  IT IS ORDERED THAT:

  The motion is granted.

          FOR THE COURT

February 27, 2017    /s/ Peter R. Marksteiner
           Peter R. Marksteiner
           Clerk of Court