NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDO PHARMACEUTICALS INC.,**
*Plaintiff-Cross-Appellant*

**MALLINCKRODT LLC,**
*Plaintiff-Appellee*

**v.**

**AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, TEVA PHARMACEUTICALS USA, INC., BARR LABORATORIES, INC.,**
*Defendants-Appellants*

---

2017-1094, -1240, -1444, -1455

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:14-cv-01382-RGA and 1:14-cv-01389-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Endo Pharmaceuticals Inc. and Mallinckrodt LLC's unopposed motion to consolidate Appeal Nos. 2017-1094, -1240 and 2017-1444, -1455,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above. Because the appeals are consolidated, one set of briefs should be filed for the appeals.

(2) Teva Pharmaceuticals USA, Inc. and Barr Laboratories, Inc.'s opening brief is due no later than March 20, 2017. Endo's principal/response brief and Mallinckrodt's response brief are due no later than May 1, 2017. The appellants' response/reply briefs are due no later than June 12, 2017. Endo's reply brief is due no later than June 26, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31